# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 02-30456 |
| SOUTHERN ILLINOIS RAILCAR CO., et al. | ) | (Jointly administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |
| _____ | ) | |
| In re | ) | |
| | ) | |
| FRED L. PARSONS & EUGENIA M. PARSONS, | ) | Case No. 03-32277 |
| | ) | |
| Debtors. | ) | Chapter 11 |
| _____ | ) | |
| CALDWELL-BAKER COMPANY et al., | ) | |
| Plaintiffs, | ) | Adversary Case No. 03-3016 |
| | ) | |
| v. | ) | |
| | ) | |
| SOUTHERN ILLINOIS RAILCAR CO., et al. | ) | |
| Defendants. | ) | |
| _____ | ) | |
| CALDWELL-BAKER COMPANY et al., | ) | |
| Plaintiffs, | ) | Adversary Case No. 03-3165 |
| | ) | |
| v. | ) | |
| | ) | |
| FRED PARSONS, et al. | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER VACATING ALL SANCTIONS

THIS MATTER COMING TO BE HEARD ON <u>Motion For Entry of an Order Vacating All Sanctions</u> ("Motion"); notice having been given electronically to those of record in this case; no further notice being required, a final decree having been entered in this case; jurisdiction for consideration of the Motion and entry of this Order having been referred to this Court by order of the District Court; and the Court, having considered the Motion and being otherwise advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED that

1. The Motion is granted.

2. The sanctions and Orders previously entered in the captioned cases against Caldwell Baker Company, The Baker Group, L.C., Carle E. Baker, as Trustee of the MTY Profit Sharing Plan and Trust, and/or Linus L. Baker, to wit: (i) an Order dated July 23, 2004, (ii) an Order dated August 5, 2004, (iii) an Order dated November 24, 2004, (iv) Paragraphs 7 and 8 of a May 8, 2003 Order, and (v) an Order dated September 2, 2004, are all hereby vacated in *toto*.

3. Notwithstanding entry of this Order vacating all of the Orders identified in paragraph 1 above, the Corporate Debtors, Parsons and Mrs. Parsons shall be entitled to retain the $65,000.00 previously paid pursuant to one or more of these vacated Orders.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: December 22, 2006            /s/ Kenneth J. Meyers-4
                                                              UNITED STATES BANKRUPTCY JUDGE